### BANTA, Appellant, v. HOGGITIRIS, Respondent.

*(Common Pleas of New York City and County, General Term.   January 4, 1892.)*

Appeal from special term.
Action by Nancy E. Banta against P. Hoggitiris.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
*R. T. B. Easton*, for appellant.   *A. C. Fransioli*, for respondent.
No opinion.   Order reversed, with costs.

---

### BORNE, Respondent, v. MINICUS, Appellant.

*(Common Pleas of New York City and County, General Term.   January 4, 1892.)*

Appeal from fourth district court.
Action by John Borne against Louis Minicus.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
*W. R. Keese*, for appellant.   *W. F. Browne*, for respondent.
No opinion.   Judgment affirmed, with costs.

---

### CROTTY, Respondent, v. JARVIS, Appellant.

*Common Pleas of New York City and County, General Term.   January 4, 1892.)*

Appeal from special term.
Action by John G. Crotty against Robert S. Jarvis.
Argued before BISCHOFF and PRYOR, JJ.
*Frederick Smyth*, for appellant.   *Leavitt & Kerth*, for respondent.
No opinion.   Order affirmed, with costs.

---

### GRAY, Appellant, v. TOMPKINS, Respondent.

*(Common Pleas of New York City and County, General Term.   January 4, 1892.)*

Action by William Gray against Calvin Tompkins.   Motion to strike cause from calendar.   Judgment of affirmance.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
*Warner & Frayer*, for appellant.   *W. J. Lardner*, for respondent.
No opinion.   Motion denied, without costs.   See 15 N. Y. Supp. 953.

---

### KOHLMANN, Respondent, v. MINICUS, Appellant.

*(Common Pleas of New York City and County, General Term.   January 4, 1892.)*

Appeal from fourth district court.
Action by Louis Kohlmann against Louis Minicus.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
*W. R. Keese*, for appellant.   *W. F. Browne*, for respondent.
No opinion.   Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### GRAND RAPIDS SCHOOL FURNITURE Co., Appellant, v. HAMMERSTEIN, Respondent.

*(Common Pleas of New York City and County, General Term.   January 5, 1892.)*

Appeal from third district court.
Action by the Grand Rapids School Furniture Company against Oscar Hammerstein.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
*J. Horton*, for appellant.   *W. Gallinger*, for respondent.
No opinion.   Judgment affirmed, with costs.